JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIELLE S. WHITE, | No. 2:20-cv-07568-MWF (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Report and Recommendation of the United Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: April 11, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge